| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Olu K. Orange, Esq.(SBN 213653),ORANGE LAW OFFICES, PC<br>3435 Wilshire Blvd., Suite 2910, Los Angeles, California 90010<br>Phone:  (213) 736-9900 / orangelawoffices@att.net<br><br>Shawna L. Parks, Esq. (SBN 208301), LAW OFFICE OF SHAWNA L. PARKS / 4470 W. Sunset Blvd., Ste. 107-347, Los Angeles, CA 90027, Phone/Fax: (323) 389-9239<br>sparks@parks-law-office.com<br>ATTORNEY(S) FOR: | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.G., a minor, by and through her guardian ad litem, Brittany Dorn; et al.<br><br>Plaintiff(s),<br>v.<br>CITY OF LOS ANGELES, VINCENT BERTONI, HIRO KOBAYASHI, 3568 MOTOR LLC, AND DOES 1 THROUGH 10.<br><br>Defendant(s) | CASE NUMBER:<br><br>CV17-09003<br><br><br>**CERTIFICATION  AND  NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    Plaintiffs
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| S.G., a minor | plaintiff |
| A.D.G., a minor | plaintiff |
| R.L., a minor | plaintiff |
| N.B., a minor | plaintiff |
| A.G., a minor, | plaintiff |
| CHRISTAL LORD | plaintiff |
| DYANNA SANABRIA | plaintiff |

| | |
|---|---|
| December 15, 2017<br>Date | /s/ - Olu K. Orange, Esq.<br>Signature |

Attorney of record for (or name of party appearing in pro per):

plaintiffs