Olu K. Orange, Esq. (SBN 213653)
ORANGE LAW OFFICES, P.C.
3435 Wilshire Blvd., Suite 2910
Los Angeles, California 90010
Phone: (213) 736-9900
Fax: (213) 417-8800
orangelawoffices@att.net

Shawna L. Parks, Esq. (SBN 208301)
LAW OFFICE OF SHAWNA L. PARKS
4470 W. Sunset Blvd., Ste. 107-347
Los Angeles, CA 90027
Phone/Fax: (323) 389-9239
sparks@parks-law-office.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.G., a minor, by and through her guardian *ad litem*, Brittany Dorn; A.D.G., and R.L., minors, by and through their guardian *ad litem*, Derek Spencer; N.B., a minor, by and through his guardian *ad litem*, Araceli Boyce; A.G., a minor, by and through his guardian *ad litem*, Karla Garcia; CHRISTAL LORD; and DYANNA SANABRIA; individually and as class representatives;<br><br>    *Plaintiffs,*<br> vs.<br><br>CITY OF LOS ANGELES, VINCENT BERTONI, HIRO KOBAYASHI, 3568 MOTOR LLC, AND DOES 1 THROUGH 10.<br>    *Defendants.* | Case No.: CV17-09003<br><br>PETITION FOR APPOINTMENT OF DEREK SPENCER AS GUARDIAN *AD LITEM* FOR A.D.G. and R.L. |

## PETITION FOR APPOINTMENT AS GUARDIAN AD LITEM

1. Petitioner Derek Spencer resides at 3639 Olive Avenue, Long Beach, CA 90807.
2. Said minors have a cause of action against defendants arising out of a violation of their civil and educational rights in this case.
3. Petitioner knows minors A.D.G. and R.L. as one of the teachers at their school. Petitioner spends the entire workday at the school, each day, and is familiar with said minors' educational and school-based learning histories. Further, said minors' parents have requested and consent to Petitioner serving as guardian *ad litem* for their children in this case.
4. Petitioner has filed no previous petition for appointment of a guardian *ad litem* in this action.
5. Petitioner is a competent and responsible adult person, qualified to be the guardian *ad litem* of said minors in this matter.

WHEREFORE, petitioner prays that Derek Spencer be appointed guardian *ad litem* for said minors, to prosecute such action in minors' behalf.

RESPECTFULLY SUBMITTED

DATED: December 17, 2017.

_____
DEREK SPENCER, PETITIONER

2

GAL Petition