| | |
|---|---|
| 1 | Olu K. Orange, Esq. (SBN 213653) |
| 2 | ORANGE LAW OFFICES, P.C.<br>3435 Wilshire Blvd., Suite 2910 |
| 3 | Los Angeles, California 90010<br>T:  (213) 736-9900 / F:  (213) 417-8800 |
| 4 | orangelawoffices@att.net |
| 5 | Shawna L. Parks, Esq. (SBN 208301) |
| 6 | LAW OFFICE OF SHAWNA L. PARKS<br>4470 W. Sunset Blvd., Ste. 107-347 |
| 7 | Los Angeles, CA 90027<br>Phone/Fax: (323) 389-9239 |
| 8 | sparks@parks-law-office.com |
| 9 | LEARNING RIGHTS LAW CENTER<br>Janeen Steel (SBN 211401) |
| 10 | janeen@learningrights.org |
| 11 | Patricia A. Van Dyke (SBN 160033)<br>patsy@learningrights.org |
| 12 | 205 S. Broadway, Suite 808<br>Los Angeles, California 90012 |
| 13 | T: (213) 542-1834 / F: (213) 489-4033 |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| S.G., a minor, by and through her guardian *ad litem*, Brittany Dorn; A.D.G., and R.L., minors, by and through their guardian *ad litem*, Derek Spencer; N.B., a minor, by and through his guardian *ad litem*, Araceli Boyce; A.G., a minor, by and through his guardian *ad litem*, Karla Garcia; CHRISTAL LORD; and DYANNA SANABRIA; individually and as class representatives;<br><br>           *Plaintiffs,*<br>   vs.<br><br>CITY OF LOS ANGELES, VINCENT BERTONI, HIRO KOBAYASHI, 3568 MOTOR LLC, AND DOES 1 THROUGH 10.<br>           *Defendants.* | Case No.: CV17-09003 JAK (JPR)<br><br>NOTICE OF ERRATA RE DOC NO. 21 – FIRST AMENDED COMPLAINT *(page 26 signature block erroneously deleted / substitute page 26 attached)* |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:** Please take notice that plaintiff's counsel, Olu K. Orange, submits correction of the following error on his part. When converting the final version of the First Amended Complaint (Docket No. 21) from Microsoft Word to PDF, the e-signature block was deleted from page 26, lines 25-28. An e-signature block identical to the one reflected on page 27, lines 5-7 should be present. Accordingly, a substitute page 26, for Docket No. 21, is attached as Exhibit A.

Respectfully submitted,

DATE: January 8, 2018

*/s/ - Olu K. Orange*

_____

Olu K. Orange, Esquire
Attorney for the Plaintiffs