```
 1  MICHAEL N. FEUER, City Attorney
 2  THOMAS H. PETERS, Chief Assistant City Attorney (SBN 163388)
    GABRIEL S. DERMER, Assistant City Attorney (SBN 229424)
 3  200 North Main Street, Room 675
 4  Los Angeles, California 90012
    Telephone: 213-978-7558
 5  Facsimile: 213-978-7011
 6  gabriel.dermer@lacity.org
 7
    Attorneys for Defendants CITY OF LOS ANGELES
 8  and VINCENT BERTONI
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.G., a minor, by and through her guardian *ad litem*, Brittany Dorn; A.D.G., and R.L., minors, by and through their guardian *ad litem*, Araceli Boyce; A.G., a minor, by and through his guardian *ad litem*, Karla Garcia; CHRISTAL LORD; and DYANNA SANABRIA; individually and as class representatives;<br><br>          Plaintiffs,<br><br>    vs.<br><br>CITY OF LOS ANGELES, VINCENT BERTONI, HIRO KOBAYASHI, 3568 MOTOR LLC, and DOES 1 THROUGH 10,<br><br>          Defendants. | **CASE NO.: 2:17-cv-09003-JAK (JPR)**<br><br>**STIPULATION FOR AN EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>**Complaint served: January 10, 2018**<br>**Current response date: January 31, 2018**<br>**New response date: March 2, 2018** |

1

STIPULATION FOR AN EXTENSIONOF TIME TO RESPOND TO INITIAL COMPLAINT

WHEREAS, the Defendants City of Los Angeles and Vincent Bertoni were served with the first amended complaint and summons on January 10, 2018 and without an extension have until January 31, 2018 to respond to the complaint;

WHEREAS, Defendants need more time to investigate the allegations of the first amended complaint in order to file a meaningful response to it;

THEREFORE, per Local Rule 8-3, the parties, through their counsel, hereby stipulate to extend the time for Defendants to respond to the first amended complaint for 30 days until March 2, 2018.

It is so stipulated.

DATED: January 19, 2018

MICHAEL N. FEUER, City Attorney
THOMAS H. PETERS, Chief Assistant City Attorney
GABRIEL S. DERMER, Deputy City Attorney

By: /s/ Gabriel S. Dermer

Attorneys for Defendants

DATED: January 19, 2018    ORANGE LAW OFFICES, P.C.
LAW OFFICE OF SHAWNA L. PARKS
LEARNING RIGHTS LAW CENTER

By    /s/   Shawna L. Parks
          Shawna L. Parks

Attorneys for Plaintiffs

Pursuant to L.R. 5-4.3.4(a)(2)(i) all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.