ELISA L. PASTER – State Bar No. 244041
epaster@glaserweil.com
RORY S. MILLER – State Bar No. 238780
rmiller@glaserweil.com
CONNIE K. CHANG – State Bar No. 280377
cchang@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Defendants
Hiro Kobayashi and 3568 Motor LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| S.G., a minor, by and through her guardian *ad litem*, Brittany Dorn; A.D.G., and R.L., minors, by and through their guardian *ad litem*, Derek Spencer; N.B., a minor, by and through his guardian *ad litem*, Araceli Boyce; A.G., a minor, by and through his guardian *ad litem*, Karla Gracia; CHRISTAL LORD; and DYANNA SANABRIA; individually and as class representatives;<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, VINCENT BERTONI, HIRO KOBAYASHI, 3568 MOTOR LLC, and DOES 1 through 10,<br><br>Defendants. | CASE NO.: 2:17-cv-09003<br><br>*Assigned to the Hon. John A. Kronstadt*<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (PURSUANT TO L.R. 8-3)**<br><br>FAC filed: January 4, 2018<br><br>FAC served: January 11, 2018<br><br>Current response date: February 1, 2018<br><br>New response date: March 2, 2018 |

Plaintiffs and Defendants Hiro Kobayashi and 3567 Motor LLC (collectively, the "Developer Defendants"), by and through their counsel of record, hereby respectfully submit the following Stipulation extending the deadline for Developer Defendants to respond to Plaintiffs' First Amended Complaint:

WHEREAS, on or around December 15, 2017, Plaintiffs filed their Complaint in this action (dkt. no. 1); and

WHEREAS, on or around January 4, 2018, Plaintiffs filed a First Amended Complaint ("FAC") (dkt. no. 21); and

WHEREAS, Plaintiffs served the FAC on the Developer Defendants on January 11, 2018; and

WHEREAS, the deadline for Developer Defendants to respond to the FAC is currently February 1, 2018; and

WHEREAS, on January 19, 2018, Plaintiffs and defendants Vincent Bertoni and the City of Los Angeles (the "City Defendants") entered into a stipulation extending the City Defendants' deadline to respond to the FAC to March 2, 2018 (dkt. no. 31);

WHEREAS, in the interests of economy and conserving judicial resources, as well as the resources of the parties, and in order to coordinate responsive pleading deadlines, the Developer Defendants have requested, and Plaintiffs have agreed to, a 29-day extension of time for the Developer Defendants to respond to the FAC; and

WHEREAS, no prior extensions to respond to the FAC have been requested by Developer Defendants.

NOW, THEREFORE, pursuant to Local Rule 8-3, Plaintiffs and Developer Defendants hereby stipulate that Developer Defendants' response to the FAC shall be due on or before March 2, 2018.

DATED: January 24, 2018

GLASER WEIL FINK HOWARD
   AVCHEN & SHAPIRO LLP

By: /s/ Rory S. Miller
ELISA L. PASTER
RORY S. MILLER
CONNIE K. CHANG
Attorneys for Defendants
Hiro Kobayashi and 3568 Motor

DATED: January 24, 2018

ORANGE LAW OFFICES, P.C.

By: /s/
OLU K. ORANGE
Attorneys for Plaintiffs

## CERTIFICATION PURSUANT TO LOCAL RULE 5-4.3.4 (a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: January 24, 2018

By: /s/ Rory S. Miller
Rory S. Miller

1443108