1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| S.G., a minor, by and through her guardian *ad litem*, Brittany Dorn; A.D.G., and R.L., minors, by and through their guardian *ad litem*, Derek Spencer; N.B., a minor, by and through his guardian *ad litem*, Araceli Boyce; A.G., a minor, by and through his guardian *ad litem*, Karla Garcia; CHRISTAL LORD; and DYANNA SANABRIA; individually and as class representatives;<br><br>      *Plaintiffs,*<br> vs.<br><br>CITY OF LOS ANGELES, VINCENT BERTONI, HIRO KOBAYASHI, 3568 MOTOR LLC, AND DOES 1 THROUGH 10.<br><br>      *Defendants* | Case No.:  CV17-09003 JAK (JPR)<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER SETTING A DATE FOR COUNSEL TO MEET AND CONFER RE CURRENTLY CONTEMPLATED MOTIONS, DISPUTES AND FRCP RULE 26(f)**<br><br>*Assigned for all purposes:*<br>Hon. John A. Kronstadt<br>Hon. Jean P. Rosenbluth<br><br>Courtroom 10B |

//
//

- 1-

ORDER RE -- Ex Parte Application – Meet and Confer

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2       The Court has considered the papers, arguments of counsel and pertinent portions of the record of this case. Good cause appearing therefore, the Court hereby grants plaintiffs' *ex parte* application for an order setting a date for all counsel to meet and confer regarding currently contemplated motions, disputes and FRCP rule 26(f). Within ten days of the filing of this order by the Clerk, the meeting and conference of counsel shall occur during normal business hours in the attorneys' conference room of the U.S. District Courthouse located at 350 W 1st Street, Los Angeles, CA 90012. Counsel for all parties shall be present.

DATE _____/ _____ / _____.

HON. JOHN A. KRONSTADT

_____
UNITED STATES DISTRICT JUDGE