# DECLARATION OF OLU K. ORANGE

**I, OLU K. ORANGE, declare as follows:**

1. I am an attorney at law, duly licensed to practice in the Supreme Court of the United States, all of the Courts of the State of California, the United States Court of Appeals for the Ninth Circuit, the United States District Court for the Central District of California, United States District Court for the Eastern District of Missouri, and the United States District Court for the Northern District of Texas. I am over 18 years of age. If called and sworn as a witness, I could and would competently testify to the following based on personal knowledge and on my review of files regularly maintained by my office:

2. I am an attorney for the plaintiffs in CACD Case No. CV17-09003 JAK (JPR). My plaintiffs' counsel colleagues and I have been actively trying to meet and confer with defense counsel about this case to no avail. Quite honestly, I have never before experienced conduct like the defendants.

3. Exhibit A is a true and correct copy of email correspondence forwarded to me by plaintiff Christal Lord with Los Angeles City Councilman Paul Koretz' office.

4. Exhibit B is a true and correct copy of video with audio of some of the jack-hammering defendants engaged in on December 15, 2017, while students and teachers were still in session at Palms Elementary School. Exhibit B is made available through the active hyperlink filed via ECF. A physical exhibit disk will also be filed with the clerk.

5. Exhibit C is a true and correct copy of video with audio of some of the demolition defendants engaged in, as well as the particles spread upon the surrounding area, on December 19, 2017, immediately upon the kindergarten playground fence-line of Palms Elementary School. Exhibit C is made available through the active hyperlink filed via ECF. A physical exhibit disk will also be filed with the clerk.

6. Exhibit D is a true and correct copy of a memo handed to me by a teacher at Palms Elementary School, indicating ongoing construction activities by defendants immediately adjacent the school.

7. Exhibits E and F, are true and correct copies of original emails exchanged between defense counsel and me regarding meeting and conferring on this case. I have not ever been successful at obtaining a meeting and conference with defense counsel about this case. Though I have tried no less than five times, defense counsel – and each of them – have never honored my requests.

8. Exhibit G is a true and correct copy of an original expert report from Dr. Paul Rosenfeld about the health risks of defendants' demolition, excavation and construction project next to Palms Elementary School. It is dated December 5, 2017.

9. Exhibit H is a set of four true and accurate pictures detailing the proximity of the Palms Elementary School Kindergarten playground to the demolition apparatus. The children's tiny brown playhouse shown in the pictures is mere feet from the demolition. There is no barrier between the playhouse and the demolition and debris.

10. Regardless of defendants' many refusals to meet and confer, plaintiffs' continue to believe that it is presently necessary to meet and confer to streamline this litigation. Plaintiffs additionally believe that this litigation may last multiple years and that it is very important for the parties to work through issues without looking to the Court for intervention at every instance upon which there is a disagreement. Plaintiffs remain committed to making every effort to sit down and talk to defendants (through counsel, of course) necessary to effectively resolve whatever disputes may arise.

I declare, under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct, and that this declaration was executed this 23rd day of February, 2018, at Los Angeles, California.

Respectfully submitted,                    ORANGE LAW OFFICES
DATE: FEBRUARY 23, 2018                    /s/ - *Olu K. Orange*

                                           _____

                                           Olu K. Orange, Declarant