Deborah J. Fox (SBN: 110929)
dfox@meyersnave.com
Jenny L. Riggs (SBN: 204417)
jriggs@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
707 Wilshire Blvd., 24th Floor
Los Angeles, California 90017
Telephone: (213) 626-2906
Facsimile: (213) 626-0215

Attorneys for Defendants,
CITY OF LOS ANGELES AND
VINCENT BERTONI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.G., a minor, by and through her guardian *ad litem*, Brittany Dorn, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al,<br><br>Defendants. | Case No. CV 17-09003 JAK (JPR)<br><br>**DEFENDANTS CITY OF LOS ANGELES AND VINCENT BERTONI'S RESPONSE TO PLAINTIFFS' EX PARTE APPLICATION**<br><br>Trial Date:   None Set |

Defendants the City of Los Angeles and Vincent Bertoni (collectively, "the Defendants") hereby respond to Plaintiff's Ex Parte Application for an Order Setting a Date for Counsel to Meet and Confer Re Currently Contemplated Motions, Disputes and FRCP Rule 26(f) ("the Ex Parte Application").

The City recently has engaged outside counsel to represent it in this and the related state court action, and has requested that Plaintiffs grant the City an additional 30 days to respond to the First Amended Complaint, so that the City's new counsel may effectively represent the City. Plaintiffs, through their counsel Olu Orange, have advised the City that Plaintiffs plan to file a Second Amended Complaint, and that the Defendants may therefore have additional time to respond in this case. A stipulation to extend the City's time to respond is forthcoming.

As such, the City takes no position on the relief requested in Plaintiffs' Ex Parte Application, but believes that the most efficient approach is to resolve the issue of the filing of the Second Amended Complaint first, so that the City can learn the claims that will be put at issue in this matter.

DATED: February 26, 2018

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: /s/ Deborah J. Fox
DEBORAH J. FOX
Attorneys for Defendants,
CITY OF LOS ANGELES AND
VINCENT BERTONI

2931887.1

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 707 Wilshire Blvd., 24th Floor, Los Angeles, CA 90017.

On February 26, 2018, I served true copies of the following document(s) described as **DEFENDANTS CITY OF LOS ANGELES AND VINCENT BERTONI'S RESPONSE TO PLAINTIFFS' EX PARTE APPLICATION** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 26, 2018, at Los Angeles, California.

_____
Julie Black

# SERVICE LIST
## S.G. et al v. City of Los Angeles, et al.
## 2:17-cv-09003 JAK (JPR)

Olu K. Orange, Esq.
Orange Law Offices, P.C.
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010

Telephone: (213) 736-9900 x103
Facsimile: (213) 417-8800
E-Mail: orangelawoffices@att.net

Attorneys for Plaintiffs S.G. a minor; by and through her GAL, Brittany Dorn; Christal Lord: Dvanna Sanabria

Shawna L. Parks, Esq.
Law Offices of Shawna L. Parks
4470 W. Sunset Blvd.
Ste. 107-347
Los Angeles, CA 90027

Telephone: (323) 389-9239
Facsimile: (323) 389-9239
E-Mail: sparks@parks-law-offices.com

Attorneys for Plaintiffs S.G. a minor; by and through her GAL, Brittany Dorn; Christal Lord: Dvanna Sanabria

Gabriel Seth Dermer
Los Angeles City Attorney's Office
City Hall East
200 North Main Street, Rm 916
Los Angeles, CA 90012

Telephone: (213)473-6850
Facsimile: (213)473-6818
E-Mail: gabriel.dermer@lacity.org

Attorneys for Defendants City of Los Angeles and Vincent Bertoni

Connie K. Chang, Esq.
Rory S. Miller, Esq.
Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Bl., 19th Fl.
Los Angeles, CA 90067

Telephone: (310)553-3000
Facsimile: (310)556-2920
E-Mail: cchang@glaseweil.com
E-Mail: rmiller@glaseweil.com

Attorneys for Defendants Hiro Kobavashi and 3568 Motor LLC