JOEL N. KLEVENS – State Bar No. 45446
jklevens@glaserweil.com
ELISA L. PASTER – State Bar No. 244041
epaster@glaserweil.com
ELIAS DABAIE – State Bar No. 288010
edabaie@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Defendants
HIRO KOBAYASHI and 3568 MOTOR LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.G., et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>City of Los Angeles, et al.<br><br>　　　　　Defendants. | Case No. CV17-09003 JAK (PJW)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEVELOPER DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**<br><br>[Opposition to Motion for Attorneys' Fees, and Declarations of Elisa L. Paster and Hirotaka Kobayashi filed concurrently]<br><br>**Date:** July 15, 2020<br>**Time:** 11:00 am<br>**Place:** 255 East Temple Street, Los Angeles, CA, 90012<br>　　　　Courtroom 790<br>**Judge:** Hon. Patrick J. Walsh |

1
*S.G. V. CITY OF LOS ANGELES;* REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEVELOPER DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES; [17-CV-09003 JAK]

1862557

Defendants Hirotaka Kobayashi and 3568 Motor LLC (together, "Defendants") have filed concurrently herewith, their Opposition to Plaintiffs' Motion for Attorneys' Fees and Declarations of Hirotaka Kobayashi and of Elisa L. Paster.  In connection therewith, Defendants request that the Court, pursuant to Federal Rule of Evidence 201, take judicial notice of the following:

1. City of Los Angeles Director's Determination Density Bonus & Affordable Housing Incentives dated September 1, 2017, a copy of which is attached hereto as Exhibit 1.

2. Cal. Gov't Code Section 65915, a copy of which is attached hereto as Exhibit 2.

3. Los Angeles Municipal Code (LAMC) Section 12.22, a copy of which is attached hereto as Exhibit 3.

4. Cal. Code Regs., tit. 14, Section 15304, a copy of which is attached hereto as Exhibit 4.

5. Cal. Code Regs., tit. 14, Section 15332, a copy of which is attached hereto as Exhibit 5.

6. City of Los Angeles CEQA Guidelines Article III, Section 1, Class 4, Category 1, a copy of which is attached hereto as Exhibit 6.

7. Cal. Code Regs., tit. 14, Section 15300.2, a copy of which is attached hereto as Exhibit 7.

8. 3568 Motor Avenue (DIR-2016-4880-DB, ENV-2016-4881-CE), SB 375 Sustainable Communities Project Exemption (SCPE), a copy of which is attached hereto as Exhibit 8.

9. Record of the adoption of the SCPE by the Los Angeles City Council on June 6, 2018, accessible at the City's official Council File Management System at https://cityclerk.lacity.org/lacityclerkconnect/index.cfm?fa=ccfi.viewrecord&cfnumber=17-1394,  a copy of which is attached hereto as Exhibit 9.

10. LAMC Section 41.40, a copy of which is attached hereto as Exhibit 10.

11. The minutes of the June 18, 2019 Los Angeles Unified School District accessible at http://laschoolboard.org/sites/default/files/06-18-19RegBdOBSTAMPED.pdf, a copy of which is attached hereto as Exhibit 11.

12. The December 18, 2017 Verified Petition for Writ of Mandamus and Complaint for Declaratory and Injunctive Relief filed in *S.G., et al. v. City of Los Angeles, et al.*, LASC Case No. BS171903, a copy of which is attached hereto as Exhibit 12.

13. The August 2, 2018 First Amended Petition for Writ of Mandamus and Complaint for Declaratory and Injunctive Relief filed in *S.G., et al. v. City of Los Angeles, et al.*, LASC Case No. BS174498, a copy of which is attached hereto as Exhibit 13.

14. The April 2, 2018 Case Management Statement filed by Plaintiff in *S.G., et al. v. City of Los Angeles, et al*, LASC Case No. BS171903, a copy of which is attached hereto as Exhibit 14.

Under Rule 201 of the Federal Rules of Evidence, a court "may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known . . . ; or (2) can be accurately and readily determined from sources who accuracy cannot reasonably be questioned." Matters of public record are generally subject to judicial notice. *Lee v. City of L.A.*, 250 F.3d 668, 689 (9th Cir. 2001).

Courts may properly take judicial notice of orders of other courts or orders of the same court in a different case because they are court filings from another judicial proceeding. See *Papai v. Harbor Tug & Barge Co.*, 67 F.3d 203, 207, n.5 (9th Cir. 1995), rev'd on other grounds, 520 U.S. 548 (1997) ("Judicial notice is properly taken of orders and decisions made by other courts and administrative agencies."); *Atlas IP LLC v. Pac. Gas & Elec. Co.*, 2016 U.S. Dist. LEXIS 60211, *2, fn.1 (N.D. Cal. March 9, 2016) (following *Papai*); *Hawn v. McHugh*, 2014 U.S. Dist. LEXIS 7966,

1  *8, fn.2 (N.D. Cal. January 21, 2014) (same).

4
*S.G. V. CITY OF LOS ANGELES;* REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEVELOPER DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES; [17-CV-09003 JAK]

1862557

Accordingly, Defendants submit that judicial notice may be properly taken as requested herein.

DATED: June 24, 2020

GLASER WEIL FINK HOWARD
AVCHEN & SHAPIRO LLP

By: _____
JOEL N. KLEVENS
ELISA L. PASTER
ELIAS DABAIE
Attorneys for Defendants
HIRO KOBAYASHI and 3568 MOTOR LLC

5
*S.G. V. CITY OF LOS ANGELES;* REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEVELOPER DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES; [17-CV-09003 JAK]

1862557