# EXHIBIT 4



California Code of Regulations

Home Table of Contents

§ 15304. Minor Alterations to Land.
14 CA ADC § 15304
BARCLAYS OFFICIAL CALIFORNIA CODE OF REGULATIONS

> Barclays Official California Code of Regulations Currentness
>   Title 14. Natural Resources
>     Division 6. Resources Agency
>       Chapter 3. Guidelines for Implementation of the California Environmental Quality Act
>         Article 19. Categorical Exemptions

14 CCR § 15304

§ 15304. Minor Alterations to Land.

Class 4 consists of minor public or private alterations in the condition of land, water, and/or vegetation which do not involve removal of healthy, mature, scenic trees except for forestry and agricultural purposes. Examples include but are not limited to:

(a) Grading on land with a slope of less than 10 percent, except that grading shall not be exempt in a waterway, in any wetland, in an officially designated (by federal, state, or local government action) scenic area, or in officially mapped areas of severe geologic hazard such as an Alquist-Priolo Earthquake Fault Zone or within an official Seismic Hazard Zone, as delineated by the State Geologist.

(b) New gardening or landscaping, including the replacement of existing conventional landscaping with water efficient or fire resistant landscaping.

(c) Filling of earth into previously excavated land with material compatible with the natural features of the site.

(d) Minor alterations in land, water, and vegetation on existing officially designated wildlife management areas or fish production facilities which result in improvement of habitat for fish and wildlife resources or greater fish production.

(e) Minor temporary use of land having negligible or no permanent effects on the environment, including carnivals, sales of Christmas trees, etc.

(f) Minor trenching and backfilling where the surface is restored.