# EXHIBIT 5



California Code of Regulations

[Home](#) [Table of Contents](#)

### § 15332. In-Fill Development Projects.
14 CA ADC § 15332
BARCLAYS OFFICIAL CALIFORNIA CODE OF REGULATIONS

Barclays Official California Code of Regulations Currentness
   Title 14. Natural Resources
     Division 6. Resources Agency
       Chapter 3. Guidelines for Implementation of the California Environmental Quality Act
         Article 19. Categorical Exemptions

14 CCR § 15332

### § 15332. In-Fill Development Projects.

Class 32 consists of projects characterized as in-fill development meeting the conditions described in this section.(a) The project is consistent with the applicable general plan designation and all applicable general plan policies as well as with applicable zoning designation and regulations.(b) The proposed development occurs within city limits on a project site of no more than five acres substantially surrounded by urban uses.(c) The project site has no value, as habitat for endangered, rare or threatened species.(d) Approval of the project would not result in any significant effects relating to traffic, noise, air quality, or water quality.(e) The site can be adequately served by all required utilities and public services.

Note: Authority cited: Section 21083, Public Resources Code. Reference: Section 21084, Public Resources Code.

**HISTORY**

1. New section filed 12-23-98; operative 12-23-98 pursuant to Public Resources Code section 21087 (Register 98, No. 52).

This database is current through 6/12/20 Register 2020, No. 24

14 CCR § 15332, 14 CA ADC § 15332

| END OF DOCUMENT | © 2020 Thomson Reuters. No claim to original U.S. Government Works. |
|---|---|