# EXHIBIT 7



## California Code of Regulations

Home Table of Contents

### § 15300.2. Exceptions.
14 CA ADC § 15300.2
BARCLAYS OFFICIAL CALIFORNIA CODE OF REGULATIONS

> Barclays Official California Code of Regulations Currentness
>   Title 14. Natural Resources
>     Division 6. Resources Agency
>       Chapter 3. Guidelines for Implementation of the California Environmental Quality Act
>         Article 19. Categorical Exemptions

14 CCR § 15300.2

### § 15300.2. Exceptions.

(a) Location. Classes 3, 4, 5, 6, and 11 are qualified by consideration of where the project is to be located -a project that is ordinarily insignificant in its impact on the environment may in a particularly sensitive environment be significant. Therefore, these classes are considered to apply in all instances, except where the project may impact on an environmental resource of hazardous or critical concern where designated, precisely mapped, and officially adopted pursuant to law by federal, state, or local agencies.

(b) Cumulative Impact. All exemptions for these classes are inapplicable when the cumulative impact of successive projects of the same type in the same place, over time is significant.

(c) Significant Effect. A categorical exemption shall not be used for an activity where there is a reasonable possibility that the activity will have a significant effect on the environment due to unusual circumstances.

(d) Scenic Highways. A categorical exemption shall not be used for a project which may result in damage to scenic resources, including but not limited to, trees, historic buildings, rock outcroppings, or similar resources, within a highway officially designated as a state scenic highway. This does not apply to improvements which are required as mitigation by an adopted negative declaration or certified EIR.

(e) Hazardous Waste Sites. A categorical exemption shall not be used for a project located on a site which is included on any list compiled pursuant to Section 65962.5 of the Government Code.