# EXHIBIT 9

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Office of the City Clerk, City of Los Angeles

This report was generated by the Council File Management System on 06/24/2020
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## Council File Number
17-1394

## Title
3558-3570 South Motor Avenue / 10313 West Tabor Street / California Environmental Quality Act (CEQA) / Appeal

## Last Change Date
06/06/2018

## Expiration Date
06/05/2020

## Reference Numbers
Case: DIR-2016-4880-DB,Environmental: ENV-2016-4881-CE

## Council District
5

## Initiated by
Department of City Planning

## Action History for Council File 17-1394

| Date | Activity |
|---|---|
| 06/06/2018 | Council action final. |
| 06/05/2018 | Council adopted item, subject to reconsideration, pursuant to Council Rule 51. |
| 06/01/2018 | City Clerk scheduled item for Council on June 5, 2018. |
| 05/22/2018 | Planning and Land Use Management Committee denied appeal(s) . |
| 05/18/2018 | Planning and Land Use Management Committee scheduled item for committee meeting on May 22, 2018. |
| 12/20/2017 | Department of City Planning document(s) referred to Planning and Land Use Management Committee. |
| 12/19/2017 | Document(s) submitted by Department of City Planning, as follows: |

Department of City Planning report, dated December 19, 2017, relative to a California Environmental Quality Act appeal for the project located at 3558-3570 South Motor Avenue and 10313 West Tabor Street.