# EXHIBIT 11

**BOARD OF EDUCATION OF THE CITY OF LOS ANGELES**
**Governing Board of the Los Angeles Unified School District**

**REGULAR MEETING STAMPED ORDER OF BUSINESS**
333 South Beaudry Avenue, Board Room
1 p.m., Tuesday, June 18, 2019



**Roll Call**

**Pledge of Allegiance**

**Student Voices**

Recognition of Mr. Tyler Okeke, Student Board Member

2019 Do the Write Thing National Ambassadors

Hydrogen Horizon Automotive Challenge (H2AC) Winners – Legacy STEAM High School

**Public Speaking**

Individuals wishing to speak at a Board meeting must sign up at the meeting.   Speakers to items for action on this agenda should plan to arrive early as items with no speakers may be acted on at the beginning of the meeting.   Speakers to items not on the agenda for action will be heard at the conclusion of the item begun before 4 p.m.

Each speaker is allowed a maximum of three minutes for his or her presentation.   Accommodations are made for translation and for those needing assistance.   Each speaker may only make a single appearance at each Board Meeting, but exceptions are made for items labeled "Public Hearing".

Each person who addresses the Board shall not make personal, impertinent, slanderous, or profane remarks to any Board Member, staff, or general public.

Any person who makes such remarks, or who utters loud, threatening, personal or abusive language or engages in any other disorderly conduct which disrupts, disturbs, or otherwise impedes the orderly conduct of any Board meeting shall, at the discretion of the presiding officer or majority of the Board, be barred from further audience before the Board during that meeting.

**Public Notice of Bargaining Union Initial Proposals**

1.      Service Employees International Union (SEIU), Local 99 Initial Bargaining Proposals for 2019-
        2020 Economic Reopener (UIP-003-18/19)
        Initial proposals from collective bargaining representatives are made public before negotiations
        begin.

**Consent Items**

Items for action below assigned by the Board at the meeting to be adopted by a single vote.  Any item may
be pulled off of consent for further discussion by any Board Member at any time before action is taken.

**New Business for Action**

2.      Board of Education Report No. 366 – 18/19          **ADOPTED**
        Procurement Services Division
        (Procurement Actions) Recommends approval of procurement actions taken by staff
        for professional services, agreement amendments and purchases within the delegated authority of
        the Superintendent as described in Attachment A for a total amount of approximately $79.9
        million for wireless broadband services for schools and offices, Teach for America special
        education recruitment, health education services at 17 schools, University of California transcript
        evaluation services, arts archivist services, coaching services for new administrators, and 18,523
        procurement transactions and low value contracts.

        Additionally, recommends approval of professional services contracts goods and general services
        contracts with agreements and amendments for amounts over $250,000 not under the delegated
        authority, as detailed in Attachment B, including 7 two year contracts for GEAR UP program
        support for $2.4 million, a five year contract for mobile voice and broadband services for $7.8
        million, 2 amendments to increase the contract capacity for a five year contract for IT managed
        services, a five year contract to provide COBRA health benefit administrative services for
        $750,000, a five year contract to upgrade bus global positioning system services for $5 million,
        an amendment to expand the scope of work by District auditors to perform audits of financial
        statements for an increase of $1.1 million, an amendment to increase the capacity of a contract
        for licenses and services for Microsoft products for $656,205, a contract to purchase bicycles and
        helmets for $553,523, a one year contract to provide services for IBM products for $908,995, a
        one year contract to provide services for Citrix software for $729,199, and a six month contract
        for technology products for $2 million.

        Also approves a three-year revenue contract with Los Angeles County Department of Mental
        Health for $10 million for mental health support for students and a three year revenue contract
        with Southern California Grantmakers for $540,000 to provide support for the LAUSD School
        Mental Health/Parenting Pilot Program.

3.   Board of Education Report No. 365 – 18/19       **ADOPTED AS AMENDED BY CONSENT VOTE**
     Procurement Services Division–Facilities Contracts   **(Correct Board Member for Attachment A, Item HH from Mr. Schmerelson to Dr. McKenna)**
     (Facilities Contract Actions) Recommends approval of actions executed within the delegated
     authority of the Superintendent including the approval of the award of 20 advertised construction
     contracts for approximately $48.4 million; 8 job order contract awards for $3.7 million; 3 job
     order contract amendments for $5 million; 210 change orders for approximately $2.2 million; the
     completion of 17 contracts; the award of 32 informal contracts for $818,391; the award of 4
     architectural and engineering contracts for approximately $10.4 million; the award of 3
     professional and technical services contracts for $307,770; the award of 2 professional and
     technical services amendments for $9.7 million; and extra services and amendments for
     architectural and engineering contracts for $20,354.  Additionally, awards contracts and
     amendments not under the delegated authority, as detailed in Attachment B, for 12 professional
     and technical services contracts for construction management and related services for $350
     million.

4.   Board of Education Report No. 408 – 18/19       **ADOPTED BY CONSENT VOTE**
     Office of Environmental Health and Safety
     (Adoption of the Mitigated Negative Declaration and Mitigation Monitoring and Reporting Plan
     for the Ascot Avenue Elementary School Comprehensive Modernization Project) Recommends
     adoption of the Mitigated Negative Declaration and adoption of the Mitigation Monitoring and
     Reporting Program pursuant to the California Environmental Quality Act for the Ascot Avenue
     Elementary School Comprehensive Modernization Project.

5.   Board of Education Report No. 409 – 18/19       **ADOPTED BY CONSENT VOTE**
     Facilities Services Division
     (Project Approval for the Ascot Avenue Elementary School Comprehensive Modernization
     Project) Recommends approval of authorization for Ascot Avenue Elementary School to proceed
     with renovation, modernization, and reconfiguration of the school located at 1447 East 45th
     Street in the City of Los Angeles with an anticipated cost of $93,555,321.

6.   Board of Education Report No. 410 – 18/19       **ADOPTED BY CONSENT VOTE**
     Office of Environmental Health and Safety
     (Adoption of the Mitigated Negative Declaration and Mitigation Monitoring and Reporting Plan
     for the McKinley Avenue Elementary School Comprehensive Modernization
     Project) Recommends adoption of the Mitigated Negative Declaration and adoption of the
     Mitigation Monitoring and Reporting Program pursuant to the California Environmental Quality
     Act for the McKinley Avenue Elementary School Comprehensive Modernization Project.

7.   Board of Education Report No. 411 – 18/19       **ADOPTED BY CONSENT VOTE**
     Facilities Services Division
     (Project Approval for the McKinley Avenue Elementary School Comprehensive Modernization
     Project) Recommends approval of authorization for McKinley Avenue Elementary School to
     proceed with renovation, modernization, and reconfiguration of the school located at 7812
     McKinley Avenue in the City of Los Angeles with an anticipated cost of $89,958,347.

8.      Board of Education Report No. 412 – 18/19      **ADOPTED BY CONSENT VOTE**
        Facilities Services Division
        (Amendment to the Facilities Services Division Strategic Execution Plan to Define and Approve
        Three Sustainable Environment Enhancement Developments for Schools (SEEDS) Projects)
        Recommends an amendment to the Strategic Execution Plan to define and approve 3 SEEDS
        projects for a combined budget of $300,000.

9.      Board of Education Report No. 413 – 18/19      **ADOPTED BY CONSENT VOTE**
        Facilities Services Division
        (Amendment to the Facilities Services Division Strategic Execution Plan to Define and Approve
        Seven Projects that Address Critical School Repair Needs) Recommends approval of an
        amendment to the Strategic Execution Plan to define and approve 7 projects that address critical
        school repair needs at specified schools for a budget of $28,335,582.

10.     Board of Education Report No. 414 – 18/19      **ADOPTED BY CONSENT VOTE**
        Facilities Services Division
        (Amendment to the Facilities Services Division Strategic Executive Plan to Define and Approve
        16 Local District Priority and Board Member Priority Projects) Recommends approval of an
        amendment to the Strategic Execution Plan to define and approve 16 Local District and Board
        Member priority projects for a combined budget of $864,180.

11.     Board of Education Report No. 415 – 18/19      **ADOPTED BY CONSENT VOTE**
        Facilities Services Division
        Early Childhood Education Division
        (Amendment to the Facilities Services Division Strategic Executive Plan to Define and Approve
        Two Early Education Center Reopening Projects and Redefine One Early Education Center
        Campus Upgrade Project) Recommends approval of an amendment to the Strategic Execution
        Plan to define and approve reopening projects at Kentwood Early Education Center and San
        Pedro Community Adult School Early Education Center for a combined budget of $10,027,871.
        Also recommends approval of an amendment to the Strategic Execution Plan to redefine the
        upgrade project at State Early Education Center to include a new parking lot for a budget
        increase of $945,848.

12.     Board of Education Report No. 417 - 18/19      **ADOPTED**
        Facilities Services Division
        (Authorization to Enter into Memorandum of Agreement with the South Coast Air Quality
        Management District for Air Filtration Systems) Recommends approval of authorization for staff
        to enter into and execute all instruments necessary for a Memorandum of Agreement with the
        South Coast Air Quality Management District for the installation of high-performance air
        filtration systems and filter replacements at select schools valued at approximately $10 million.

13.     Board of Education Report No. 418 – 18/19      **ADOPTED**
        Facilities Services Division
        (Resolution to Authorize Performance of All Necessary Functions Related to the State's
        Drinking Water for Schools Grant Program) Recommends adoption of a resolution authorizing
        staff to execute all instruments necessary for the State's Drinking Water for Schools Grant
        Program which provides water bottle filling stations and drinking water fountains at schools
        serving disadvantaged communities.

14.   Board of Education Report No. 420 – 18/19        ADOPTED BY CONSENT VOTE
      Facilities Services Division
      (Donation of $500,000 from 3568 Motor, LLC for the Benefit of Palms Elementary School)
      Recommends the acceptance of 1 donation to the District totaling $500,000 to benefit Palms
      Elementary School.

15.   Board of Education Report No. 421 – 18/19        ADOPTED BY CONSENT VOTE
      Accounting and Disbursements Division
      (Report of Cash Disbursements, Reimbursement of the Controller's Revolving Cash Fund, and
      Donations of Money) Recommends approval of warrants for things such as salary payments for a
      total value of $580,780,169.88; reimbursement of the Controller's Revolving Cash Fund in the
      amount of $5,600.00; and the acceptance of 1 donation to the District totaling $81,265.00.

16.   Board of Education Report No. 377 – 18/19        ADOPTED
      Office of the Chief Financial Officer
      (Authorization to Renew the Existing Radio Tower Lease at 3690 East Crest Road)
      Recommends that the Board authorize District staff to extend the existing lease for one year,
      with 4 one-year renewal options, for the radio tower located at 3690 East Crest Road in Rancho
      Palos Verdes.

17.   Board of Education Report No. 430 – 18/19        ADOPTED
      Office of the Chief Financial Officer
      (Adoption of the Superintendent's 2019-20 Final Budget and Fiscal Stabilization Plan) Recommends
      the adoption of the Superintendent's 2019-20 Final Budget with the indicated budget assumptions
      and policies; that Budget Services and Financial Planning Division and the Accounting and
      Disbursements Division be authorized to take necessary actions to implement the provisions of this
      report; adoption of the Fiscal Stabilization Plan; approval of the spending determinations for funds
      received pursuant to the Educational Protection Act as specified; and that District staff be authorized
      to make interfund transfers or temporary borrowings among the District's various funds in
      accordance with the attached adopted and subsequently modified District budgets and Education
      Code section 42603.

18.   Board of Education Report No. 434 – 18/19        ADOPTED
      Office of the Chief Financial Officer
      (Adoption of the 2019-20 Local Control and Accountability Plan (LCAP)) Recommends the
      adoption of the District's LCAP, allowing the District to demonstrate accountability to meet
      goals, services, and expenditures to support pupil outcomes and state priorities.

19.   Board of Education Report No. 436 – 18/19        ADOPTED BY CONSENT VOTE
      Chief Financial Officer
      (Update of Debt Management Policy) Recommends adoption of the Debt Management Policy
      with specified changes to the current policy. The Board policy is to review the policy annually to
      establish formal guidelines for the issuance of debt instruments and other long-term financial
      obligations.

20.     Board of Education Report No. 437 – 18/19      **ADOPTED BY CONSENT VOTE**
        Office of the Chief Financial Officer
        (Change to the Certification of Signatures for Fiscal Year 2018-19 and Certification of
        Signatures for Fiscal Year 2019-20) Recommends approval of the submission of signature for
        the newly elected Board Member for Fiscal Year 2018-19.  Also recommends authorization for
        the Chief Financial Officer and the Controller to sign warrants on behalf of the District.  Further
        authorizes the Deputy Controller and the Head Accountant be allowed to sign payment vouchers
        on behalf of the District and approves the submission of signatures for each Board Member to
        the Los Angeles County Office of Education for Fiscal Year 2019-20.

21.     Board of Education Report No. 438 – 18/19      **ADOPTED**
        Office of the Chief Financial Officer
        Office of Labor Relations
        (Amendment to Contract CalPERS Final Resolution for Amendment to Safety Member
        Contract) Recommends approval of a final resolution to approve an amendment with the
        California Public Employees' Retirement System in accordance with the adopted memorandum
        of understandings with Unit A School Police and Unit H School Police Management related to
        survivor benefits.

22.     Board of Education Report No. 402 – 18/19      **ADOPTED AS AMENDED BY CONSENT VOTE**
        Human Resources Division                       (Adopted Version 2 of the report and a revised
                                                        Confidential Attachment A, adding a 4214 for
                                                        H. Hueck)
        (Routine Personnel Actions) Recommends approval of 3,272 routine personnel actions such as
        promotions, transfers, leaves, terminations, etc.

23.     Board of Education Report No. 403 – 18/19      **ADOPTED**
        Human Resources Division
        (Provisional Internship Permits) Recommends approval of the continuing employment of 1
        teacher who is employed under the Provisional Internship Permit requirements, allowing the
        District to continue to staff subject field shortage classrooms.

24.     Board of Education Report No. 429 – 18/19      **ADOPTED**
        Personnel Commission
        (Classified Reduction in Force: Authorization of Reduction in Force and for Employee Notices)
        Recommends authorization for notices to be sent to a specified number of classified employees
        in specified positions informing them they will be released 60 days after notice in accordance
        with state law, collective bargaining agreements and applicable court orders.

25.     Board of Education Report No. 405 – 18/19      **ADOPTED**
        Division of Special Education                  **PUBLIC HEARING**
        (Special Education Local Plan Area (SELPA) Annual Budget Plan and Annual Service Plan for
        the 2019-20 School Year) Recommends adoption of the 2019-20 Annual Service and Budget
        Plans for Special Education describing the special education programs and services provided to
        students with disabilities for submission to the California Department of Education.

26.     Board of Education Report No. 422 – 18/19     **POSTPONED TO THE AUGUST 2019**
        Office of the Inspector General                **REGULAR BOARD MEETING**
        (Fiscal Year 2020 OIG Work Plan) Recommends approval of the Office of the Inspector
        General's 2020 work plan describing the audits to be undertaken by the office.

27.     Board of Education Report No. 378 – 18/19     **ADOPTED BY CONSENT VOTE**
        Division of Instruction
        Human Resources Division
        (Submission of 2019-20 Consolidated Application for Categorical Aid Programs) Recommends
        authorization to submit the 2019-20 Consolidated Application for Funding Categorical Aid
        Programs to the California Department of Education for an estimated $394.3 million in funding
        for state and federal programs; and that the estimated amount be included in the Superintendent's
        2018-19 Budget.

28.     Board of Education Report No. 423 – 18/19     **ADOPTED BY CONSENT VOTE**
        Student Integration Services
        Division of Instruction
        (2018-2019 Alternative Schools of Choice Annual Evaluation) Recommends approval of the
        Alternative Schools of Choice Annual Evaluation report, which reviews student achievement at
        each magnet school and magnet center.

29.     Board of Education Report No. 427 – 18/19     **ADOPTED**
        Student Integration Services
        Division of Instruction
        (Establishment of 20 New Magnet Programs Scheduled to Open 2020-21) Recommends
        establishment of 20 new magnet programs at specified sites for the 2020-21 school year for a total
        approximate cost of $10.2 million.

30.     Board of Education Report No. 433 – 18/19     **ADOPTED BY CONSENT VOTE**
        Division of Instruction
        Federal and State Education Programs
        (2019-20 Local Control and Accountability Plan (LCAP) Federal Addendum) Recommends the
        approval of the submission of the attached LCAP Federal Addendum to the State Board of
        Education to meet a requirement to allow the District to receive approximately $394 million of
        Title I, Title II, Title III, and Title IV federal funds.

31.     Board of Education Report No. 453 – 18/19     **POSTPONED TO THE AUGUST 2019**
        Office of the Board Secretariat               **REGULAR BOARD MEETING**
        (Independent Analysis Unit Semi-Annual Work Plan for Summer-Fall 2019) Recommends
        approval of the Independent Analysis Unit's 2019-20 work plan describing major studies that
        will be undertaken, other expected tasks, possible topics for future study and the division of time
        dedicated to the work.

**Board Member Resolutions for Action**

32.    Mr. Okeke, Ms. García, Ms. Gonez - Supporting an Expanded and Identity-Affirming Dress Code Policy for all Schools in the Los Angeles Unified School District (Res-032-18/19) (Postponed from Previous Meetings)

<span style="color:red">**ADOPTED AS AMENDED**</span>

Whereas, The Los Angeles Unified School District aims to support equality among its students and staff;

Whereas, The District's existing dress code policy recognizes attire as a protected form of expression of personal identities and ideas;

Whereas, The District specifies that all dress codes be gender-neutral, which means that students may not be restricted from wearing attire that is traditionally associated with another gender;

Whereas, The District leaves the establishment of school dress codes up to individual schools with the expectation that schools adhere to District guidelines, unless there is a compelling reason, such as attire that promotes gang affiliation or intergroup conflict;

Whereas, When establishing their own dress codes, many schools, nevertheless, do impose guidelines that are more restrictive than those recommended by the District;

Whereas, The District must intervene when necessary to ensure that dress code policies are affirming of and reflect the District's support of all students, regardless of their race, ethnicity, culture, sex, gender identity, gender expression, sexual orientation, religion, class, opinions, body size, income, disabilities, and immigration status;

Whereas, Dress code policies disproportionately regulate feminine expression, particularly that of Black/African American womxn and gender diverse and non-binary students;

Whereas, Discriminatory dress code policies have an adverse effect on learning and communicate that womxn's bodies are inherently sexual, provocative, dangerous, and that harassment is inevitable;

Whereas, We must not burden femxle students with the responsibility of managing the sexual impulses and distractibility of their peers;

Whereas, Students demand greater agency over their bodies and what they decide to wear; and

Whereas, Students desire a progressive dress code that is empowering, mindful of their rights and affirming of their identities; now, therefore, be it

Resolved, That school dress codes will recognize culturally <span style="color:red">and religiously</span> specific attire and prioritize student safety, well-being, egalitarianism, and inclusivity;

<span style="color:red">Resolved further, That the District will communicate with all principals at the beginning of the 2019-20 school year, reminding them of the expectation that all dress codes are non-discriminatory and must abide by BUL-6494 Student Dress Codes/Uniforms;</span>

Resolved further, That schools partner with students representing the broad school community to ensure that the enforcement of ~~the~~ their current dress code is restorative and not punitive, and has appropriate restrictions for bona fide safety reasons including gang affiliation and intergroup conflicts;

Resolved further, That Human Relations, Diversity and Equity will review the existing District BUL-6494 Student Dress Codes/Uniforms to ensure that it is affirming of sexual and gender diversity, religious expression, allows for protected expression, urban styles, and students' preferences for attire, within the safety guidelines of the schools at-large;

Resolved further, That Human Relations, Diversity and Equity will seek out input from student populations that include, but are not limited to:

   A. Femxle students
   B. Members of the LGBTQ+ community
   C. Black and Latinx students from communities impacted by gang activity
   D. Students who wear head coverings for religious purposes;

Resolved further, That the District will share the revised dress code policy with principals with the instruction to review their dress codes in light of the revised policy and with input from students representing the school community;

Resolved further, That school sites may submit unique restrictions to their Local District Superintendent or their designee for approval;

Resolved further, That added restrictions will not seek to restrict the wearing of urban outfits or styles but only limit clothing styles, symbols, or articles that pose a reasonable threat to the safety or operations of the school site;

Resolved further, That Human Relations, Diversity and Equity will instruct teachers and school site administrators on how to enforce their dress code policies using restorative practices that do not objectify, demean, or degrade students;

Resolved further, That the Superintendent direct the Office of Human Relations, Diversity and Equity to be available to students and parents and guardians regarding dress code policy concerns and conflicts that were not addressed effectively at the school site;

Resolved further, That the District will continue to honor every student and their families' right to opt out of a school site's established uniform policy without retaliation by actively informing students and parents/guardians of the aforementioned right; and, be it finally

~~Resolved further, That the District will communicate with all principals at the beginning of the 2019-20 school year, reminding them of the expectation that all dress codes are non-discriminatory and must abide by BUL-6494 Student Dress Codes/Uniforms;~~

~~Resolved further, That Office of Human Relations, Diversity and Equity will review the existing District BUL-6494 Student Dress Codes/Uniforms to ensure that it is affirming of sexual and gender diversity, religious expression, allows for protected expression, urban styles, and students' preferences for attire, within the safety guidelines of the schools at-large;~~

~~Resolved further, That the District will share the revised dress code policy with principals with the instruction to review their dress codes in light of the revised policy and with input from students representing the school community; and, be it finally~~

Resolved, That the Governing Board of the Los Angeles Unified School District will be provided an update with a framework for implementation in January 2020.

33.   Mr. Schmerelson, Dr. McKenna, Mr. Melvoin - Protecting Our Children from Preventable Gun Violence (Res-046-18/19) (Noticed May 21, 2019)   **ADOPTED**

Whereas, The Los Angeles Unified School District is the second largest school district in the nation, enrolling approximately 625,000 Pre-K–12 students at approximately 1,100 school sites;

Whereas, District schools continue to be safe havens for our students and school safety continues to be one of the Governing Board of the Los Angeles Unified School District's highest priorities;

Whereas, School shootings have become an all-too-frequent occurrence in modern America. From 2012 and the shooting at Sandy Hook Elementary School which claimed the lives of 20 first graders, through 2017, the Gun Violence Archive counted 251 shootings at K-12 schools in the United States. In that time, over 350 people were shot and 120 died;

Whereas, Unsecured guns pose a special risk to children - kids as young as three years old are strong enough to pull a trigger.  Data from the Centers for Disease Control and Prevention indicates that from 1999 through 2017 (the most recent year available), an average of 65 children less than 15 years of age were unintentionally shot and killed each year in the U.S.;

Whereas, In California, from 1999 through 2017, each year an average of 27 children under the age of 18 have died by suicide with a gun. Most often the gun used in youth suicide belongs to a parent or family member;

Whereas, The Children's Firearm Safety Alliance, which tracks incidents of children under the age of 18 who have unintentionally shot themselves or others, found that in 2017 in the U.S., 364 children under the age of 18 unintentionally pulled the trigger of a gun, injuring themselves or someone else; 132 children died as a result of their injury and 16 of those shot were adults. Year to-date (as of April 22, 2019), children under the age of 18 unintentionally injured or killed 70 people with a gun;

Whereas, Nearly 70 percent of student shooters gained access to a lawfully purchased gun from their residence or the residence of a relative; 87 percent of kids know where their parents' guns are kept and 60 percent have handled them; over 80 percent of teens who commit suicide with a gun used one that belonged to someone in their home; and guns are the third leading cause of death for kids;

Whereas, District schools are required to comply with California Education Code Section 32280-9, which mandates the preparation of school safety plans;

Whereas, These plans address violence prevention, emergency preparedness, traffic safety and crisis intervention;

Whereas, The District has committed to maximizing school safety by Integrated Safe School Plans at every school, creating the School-Wide Positive Behavior Intervention and Support (SWPBIS) Task Force and integrating emergency, crisis and threat assessment teams to ensure a safe school environment at every school site;

Whereas, Keeping students, teachers and staff safe from the threat of gun violence should be the responsibility of all adult stakeholders at each of our school sites;

Whereas, In light of the mass shooting at Marjory Stoneman Douglas High School in Parkland, Florida, Los Angeles City Attorney Mike Feuer assembled a Blue Ribbon Panel on School Safety that was charged with examining, evaluating, and recommending ways to enhance the significant efforts by the District to keep students safe from violence, particularly gun violence;

Whereas, The Blue Ribbon Panel, composed of experts and leaders from a wide array of fields, discussed access to firearms, student mental health on and off campus, the reporting and investigation of threats, safety in the neighborhoods surrounding schools, school security procedures and the design of safe schools among other issues;

Whereas, Approximately 20 percent of adults in California possess a firearm, and state and local law criminalizes unsafe storage of firearms where minors may be present, and gun stores are required to post flyers that set forth safe storage requirements, there are no dedicated resources for educating adults about safe storage of firearms;

Whereas, A major recommendation of the Blue Ribbon Panel is for the District to establish policies and practices to better educate parents and guardians about gun storage requirements and the enforcement of gun storage laws; and

Whereas, In order to continue with preventative measures to increase school safety we must act now; now, therefore, be it

Resolved, That the Governing Board of the Los Angeles Unified School District directs the Superintendent and staff to assist school administrators in updating their Integrated Safe School Plan to include materials and training videos on detection and prevention of gun violence and safe gun storage;

Resolved further, That the Board directs the Superintendent and staff to update the Student Handbook to include information about parents' legal duties to safely store firearms;

Resolved further, That the Board directs the Superintendent to create an appropriate letter, in English and Spanish, to parents and guardians that explains the importance of safe gun storage and the legal obligations to protect minors from negligent gun storage, to be included in annual registration materials at each school site, and requiring a signature acknowledging awareness of safe gun storage responsibilities; and, be it finally

Resolved, That the Board and the Superintendent will continue to work with local law enforcement agencies, health agencies and non-profits to collaborate and increase efforts to inform District parents of their duty to safely store firearms in their homes.

34.    Ms. Gonez, Ms. García, Mr. Melvoin - All Means All: Enhancing Supports and Resources for Our LGBTQ+ Students (Res-048-18/19) (Noticed May 28, 2019)

<span style="color:red">**ADOPTED AS AMENDED**</span>

Whereas, At least seven percent of youth in the United States identify as lesbian, gay, bisexual, transgender, queer, questioning, intersex, asexual, gender nonconforming, gender fluid, and gender nonbinary (LGBTQ+);

Whereas, The Los Angeles Unified School District prides itself on its diversity and inclusiveness, providing safe and welcoming spaces for students, regardless of race, ethnicity, national origin, language, disability status, gender expression or identity, and sexual orientation;

Whereas, The District has a long record of affirmative support for LGBTQ+ students, families, and the broader community, including the annual Out for Safe Schools campaign which is a districtwide public relations campaign occurring in the month of October that aims to increase the visibility of our support for LGBTQ+ students, staff and families;

Whereas, The Governing Board of the Los Angeles Unified School District has passed numerous resolutions in order to highlight the contributions of the LGBTQ+ community and ensure our schools provide safe climates for all students, regardless of gender identity, expression, and sexual orientation, such as Increasing Supports for LGBTQ+ Students, Their Families and Schools (Res-048-17/18), Celebrating and Affirming Our Students and Families with Pride Month 2017 (Res-095-16/17), and Celebrating National Coming Out Day, Building Allies for Safe Schools (Res-004-15/16);

Whereas, Tragically, youth identifying as LGBTQ+ are overrepresented in the populations of youth experiencing homelessness, youth who are the victims of bullying, and youth who have attempted or died as a result of suicide;

Whereas, Every school district, including ours, must continue to do more to ensure our LGBTQ+ youth have the supports and resources they need to achieve academically and feel socio-emotionally, mentally, and physically safe at school; now, therefore, be it

Resolved, That the Governing Board of the Los Angeles Unified School District proclaims and commemorates June as LGBTQ+ Pride Month, October 11th as National Coming Out Day, October 17th as Spirit Day, November 20th as Transgender Day of Remembrance, and April 12th as Day of Silence to honor the contributions to the LGBTQ+ community;

Resolved further, That the Board encourages all schools to incorporate lessons on the LGBTQ+ community in instruction and hold other commemorative activities in honor of Pride Month in June and LGBT History Month in October 2019, as well as during the abovementioned commemoration days;

Resolved further, That the District will publicize the Out for Safe Schools Campaign by providing posters, staff badges, and other inclusive materials to schools;

Resolved further, That the Board directs the Superintendent to:

(A) Update the all-gender restroom reference guide, Sex-Specific and All-Gender Single and Multiple-User Restrooms (REF-6799.0), so that it is aligned with the restroom accessibility section of the Gender Identity and Students – Ensuring Equity and Nondiscrimination (REF-6224.2) policy bulletin to ensure that all-gender restrooms are truly accessible and not simply available for all students who would prefer to use them;

(B) Ensure that training is provided to all relevant certificated and classified school site staff, especially front office staff, on the Gender Identity and Students – Ensuring Equity and Nondiscrimination policy, including a presentation on the reference guide at a principals' meeting in each Local District and to all school-based staff, as feasible, before the start of the 2019-2020 school year;

(C) Ensure that, in all upcoming comprehensive modernization projects, more than one all-gender restroom is made available at all schools with the aim of providing an all-gender restroom in every main instructional building, to the extent feasible;

(D) Establish partnerships with institutions of higher education and non-profit organizations serving LGBTQ+ youth to:

(i)     Collect data, through methodologies such as valid and reliable survey instruments and student focus groups, to analyze student perceptions of all-gender restroom accessibility on District school campuses including issues such as loss of instructional time, analyze the extent to which LGBTQ+ students are experiencing bullying at District schools, including affiliated and independent charter schools, and other relevant questions using nonbinary language;

(ii)    Provide such data and policy recommendations to the District so that relevant policies and programs can be updated and improved regularly, as needed; and

(iii)   Provide resources, instructional materials, and high-quality professional development to ensure that LGBTQ+ students are physically, socio-emotionally, and mentally safe at all District schools; and

(iv)    In partnership with students and other key stakeholders, create and establish a schoolwide Anti-Bullying Awareness Pilot Program at a select number of District schools, to provide comprehensive, culturally and linguistically responsive education and training to students, families, educators, and school staff to better understand how to meet unique needs of our LGBTQ+ students, taking into account intersectionality, providing peer to peer learning opportunities, and publicizing resources for families.

(E) Assess the District's implementation of SB48, the FAIR Education Act and explore ways to ensure that diversity and inclusion is better reflected across K-12 curriculum, including in the elementary grades;

(F) Ensure that in District's implementation of the updated health education framework, once approved by the State Board of Education, any new curriculum to be adopted includes LGBTQ+ specific sex education for students in District secondary schools;

(G) Include in the progress update, due in 60 days, information and a proposal for how the District can restore Project 10 in all middle schools and high schools; and, be it finally

Resolved, That the Board directs the Superintendent to provide a summary with progress updates in 60 days through a comprehensive Board informative.

35.    Ms. García, Ms. Goldberg, Ms. Gonez - Advocating for College Access, Success, and Equity for All Los Angeles Unified School District Graduates (Res-051-18/19) (Noticed June 11, 2019)

ADOPTED

Whereas, The California State University (CSU) Quantitative Reasoning Task Force and the Academic Senate for the CSU have put forth a resolution that proposes to add a fourth year of math/quantitative reasoning to the A-G college preparatory requirements as part of freshman eligibility for students entering in Fall 2023 (or 2024);

Whereas, The CSU Board of Trustees is expected to review the proposal during the July 23-24, 2019 meeting;

Whereas, The Los Angeles Unified School District serves over half a million students, 80 percent of whom are Latinx, Black, Filipino, and Native American;

Whereas, The District is fully committed to ensuring college access for its ethnically diverse student body by improving the percent of graduates eligible to attend California public colleges and universities;

Whereas, The District is proud of the tremendous work it is undergoing, and has undergone for over a decade, to make the A-G curriculum the default curriculum for all students and this proposed expansion of CSU admissions requirements is unreasonable and will stymy progress;

Whereas, District high school graduates have been subjected to additional barriers for admissions to the CSU system, including higher grade point averages and higher standardized test scores because of competition over too few seats for eligible students at CSU campuses, and this proposed expansion would only make it more difficult for our students to gain admission;

Whereas, The CSU effort is lacking in broad-scale consultation with K-12 school districts and ignores the real challenges of limited quantitative course offerings and teachers required to meet such a requirement;

Whereas, The preparation of students for college is under the purview of secondary institutions and should be done to ensure equity per the California Education Code and not the admissions policy;

Whereas, This proposal is moving forward in the absence of evidence that clearly articulates why this change is necessary, and it lacks definitive evidence that four years of math directly improves CSU student success and will not pose a disparate impact on underrepresented students;

Whereas, College and universities have historically used math to predict student success in college-level courses, leading to a disparate impact on Black, Latinx, and Native American students who are, in effect, disproportionately placed in remedial courses, have less access to credit-bearing college-level coursework, and less access to earn a college degree;

Whereas, Students who take advanced math courses do tend to perform well in college, but research shows this effect is tied to other factors, like race and income;

Whereas, The addition of a fourth year of mathematics/quantitative reasoning to the CSU admission requirements for first-year incoming students will further exacerbate barriers to accessing the CSU system among District graduates by disproportionately harming students of color in under-resourced high schools that do not offer a fourth year of math;

Whereas, The District is fully committed to working in partnership with the CSU and other postsecondary institutions to make a variety of high-quality math courses available to students in their junior and senior year; and

Whereas, The District has inadequate funding being that California ranks 44th in education spending; now, therefore, be it

Resolved, That the Governing Board of the Los Angeles Unified School District calls upon the CSU Chancellor and Board of Trustees to honor its commitment to be the "People's University" by providing access to an excellent education;

Resolved further, That the Board formally opposes the passage and adoption of a CSU proposal to change its freshman eligibility requirements to add a fourth year of math/quantitative reasoning and urges the CSU Board of Trustees to vote against this proposal that would further exacerbate access challenges for District graduates; and, be it finally

Resolved, That the Board will express this opposition through submission of a letter to the CSU Chancellor and the Board of Trustees.

36.   Ms. García, Ms. Gonez, Ms. Goldberg, Mr. Okeke - Successful School Climate: Safe, Respectful, and Learning for All! (Res-052-18/19) (Noticed June 11, 2019)
**ADOPTED**
Whereas, Los Angeles Unified School District is committed to achieving 100% graduation and is responsible for creating a safe and nurturing learning environment for all students;

Whereas, Every student has the right to be educated in a safe, respectful, and welcoming learning environment;

Whereas, There is overwhelming community agreement that the current random search policy using wanding is flawed and ineffective as opposed to individualized searches conducted by well-trained school personnel when there is reasonable suspicion; now, therefore, be it

Resolved, That the Governing Board of the Los Angeles Unified School District request that the Superintendent propose an alternative policy that sunsets the current random search wanding policy by July 1, 2020;

Resolved further, That the consultation and collaboration of the alternative policy include external community advocates as well as internal stakeholders; and, be it finally

Resolved, That the new alternative policy protects the dignity of all members of the school community by:

1. Ensuring that any alternative policy does not include general population or other forms of non-individualized (i.e. random) searches, as they disrupt learning time and dehumanize students;
2. Ensuring that any alternative policy does not include an increase in police presence or police surveillance practices;
3. Ensuring that any alternative policy is rooted in evidence-based research and practices; and
4. Complying with the goals and practices of the Discipline Foundation Policy: School-Wide Positive Behavior Interventions and Supports (BUL-6231.0) and the School Climate Bill of Rights Resolution (passed May 2013).

**Board Member Resolutions for Initial Announcement**

37.    Mr. Melvoin – Increasing Fairness and Support for District Schools Sharing Campuses with Charter Schools (Res-054-18/19)

FOR ACTION JUNE 25, 2019

Whereas, Each Los Angeles public school student deserves to attend school in a positive, collaborative environment with the resources and supports necessary for academic learning and social-emotional development;

Whereas, For many years, students in Los Angeles Unified School District schools faced overcrowding and dilapidated facilities, and students in public charter schools faced instability and uncertainty in access to appropriate facilities. Proposition 39, approved by the voters of California in 2000, made it easier for districts to raise money for repairs, upgrades, modernization, and expansion of school facilities by lowering the voter approval threshold for bond funding, and required that all public school facilities "be shared fairly among all public school pupils, including those in charter schools," with each district required to make available "contiguous, furnished, and equipped" facilities (Education Code Section 47614). To meet these requirements, the Los Angeles Unified School District offers space on District school campuses, that may result in "co-located" school sites, meaning school sites on which at least one District school and one charter school are located;

Whereas, In 2004 and 2005, the District secured passage of two bond measures under the lower threshold for voter approval under Proposition 39, including to upgrade, repair, and construct facilities.  In 2008, Los Angeles voters approved Measure Q, which established bond funding to create and maintain a high-quality learning environment for all students. Consistent with previous bond measures, it identifies that the District expects to "provide new seats through the acquisition, purchase, lease, construction, reconstruction, repair, rehabilitation, furnishing, and equipping of facilities for use as charter schools, and to furnish and equip charter-operated facilities" to, among other goals, meet the requirements of Education Code Section 47614, which codified Proposition 39. The District utilizes some portion of this funding to repair, rehabilitate,

furnish, and equip – or "make ready" - any classrooms or other space that will be occupied by a charter school;

Whereas, Consistent with state law, the District charges charter schools using District facilities pursuant to Proposition 39 a pro rata share of the District's facilities costs. In 2018-2019, the District charged $9.63 per square foot, and will collect on average approximately $140,000 for each Proposition 39 co-location, depending on the size of the co-location. Such pro rata funding is calculated based on actual prior year District facilities costs.  Funding is allocated centrally for various services provided to school sites, including general campus maintenance and operations (e.g., custodial, pest maintenance, utilities), school police, and information technology services, but does not improve or expand support for the co-located District school above and beyond facilities-related costs. Charter schools might also make other payments to the District, including for oversight, depending on their specific use of facilities and whether the District is a charter's authorizer;

Whereas, Despite the District's collection of funds from charter schools to cover various costs, including the Proposition 39 pro rata share, very little of this funding is applied directly to increase the budget of the District school to acknowledge and address the increased administrative and school climate and culture work that inherently accompanies the sharing of a single campus between multiple schools;

Whereas, Through the effort and determination of District and charter school leadership and staff, many co-located schools thrive together, fully utilizing District facilities and collaborating to the benefit of all students who are part of the campus community.  But in other circumstances, the relationship between co-located schools is soured by scarcity of overall resources, with District school employees and students feeling the triple pain of: (1) relinquishing space to an incoming or expanding charter school, (2) losing out on facilities renovations being provided to accommodate co-located charter schools, and (3) receiving insufficient funding or services to support the extra workload that accompanies a co-location.

Whereas, Prior actions of the Governing Board of the Los Angeles Unified School District have sought to alleviate some of this tension, and reduce the disruption and contentiousness of co-locations, including the resolution entitled Improving the Policies and Practices Impacting Co-Located Public Schools (Res-055-15/16), but many District school students, staff, and leaders continue to feel that they bear the brunt of co-location policies;

Whereas, The District's recent massive capital expansion, paired with declining birth rates and demographic shifts of children out of the District's footprint, including as described in the Independent Analysis Unit's February 13, 2019 report entitled "Long-Term Enrollment Decline—Its Rate, Causes, Geographical Extent and Cost," presents an opportunity that has not existed for decades: there is enough space for every public school student. But the District still needs to develop a more comprehensive plan for utilizing this space for the benefit of students. Such a plan might, among other things, accurately predict the movement of students, identify options for increasing stability on school campuses through long term arrangements, ensure the establishment of high quality traditional and choice programs (including dual language or magnet programs) in every region, and identify any District assets that may be best utilized in non-traditional ways to support the District's educational programs, including employee housing;

Whereas, The District's currently available bond funding is limited, and almost entirely allocated to ongoing or anticipated projects as described in the Facilities Services Division Strategic Execution Plan;

Whereas, As the District develops such comprehensive planning and obtains additional bond funding for new projects, it should also take immediate action to ensure that the co-locations are implemented in a manner most conducive to establishing environments for learning for all students, and that minimizes conflicts between employees and students who are sharing space; now, therefore, be it

Resolved, That every Los Angeles Unified School District school sharing a campus with a charter school shall annually receive flexible, general fund dollars in an amount equivalent to the prior year average annual pro rata share collected from co-located charter schools (referred to hereinafter as the "Annual District School Co-Location Funding") starting in the 2019-2020 school year. For the purposes of this Annual District School Co-Location Funding:

- A co-located charter school shall only refer to a charter school that utilizes at least 2 teaching stations on a campus that also is the site of a District school;
- If more than one charter school exists on a single school site with a District school, the District school shall receive the designated funding amount for each co-located charter school to acknowledge the increased work and responsibility that accompanies coordination of multiple schools;
- If more than one District school exists on a single school site, each District school shall receive an amount equivalent to designated funding amount;

Resolved further, That the Superintendent shall re-convene the stakeholder group outlined in Improving the Policies and Practices Impacting Co-Located Public Schools (Res-055-15/16) to provide recommendations for implementation of the Annual District School Co-Location Funding. Any changes to the: (1) formula for calculating Annual District School Co-Location Funding, (2) definition of co-located charter school for purposes of the Annual District School Co-Location Funding, or (3) adjustments for school sites on which more than one charter school or more than one District school are located, in the policy set forth in the above Resolved based upon such recommendations shall come back for approval by the Governing Board of the Los Angeles Unified School District prior to implementation;

Resolved further, That the Superintendent shall review and report back to the Board within 60 days, on progress to-date made in support of the prior Improving the Policies and Practices Impacting Co-Located Public Schools (Res-055-15/16) resolution, including on the actions outlined in Superintendent's Board informative of June 30, 2017;

Resolved further, That the Superintendent shall direct the re-convened stakeholder group to, in addition to providing recommendations on Annual District School Co-Location Funding, provide within 180 days updated recommendations regarding the following issues outlined in Improving the Policies and Practices Impacting Co-Located Public Schools (Res-055-15/16) to:

- Identify potential improvements to existing practices with a focus on ensuring a transparent and fair means of community engagement and communication around space, room offers, and dialogue between District schools and charter schools;

- Increase the number of mutually agreed upon alternative agreements as allowed by law, including the potential use of multi-year occupancies, by encouraging negotiations between District and charter leaders;
- Identify opportunities to provide additional resources directly to all schools on a co-located site;
- Identify potential improvements to existing practices involving scoping visits at traditional District sites with a focus on ensuring clear and inclusive processes before offers are made; and
- Create a use-friendly manual for principals at co-located sites; and, be it finally

Resolved, That the Superintendent shall review and report back to the Board within 60 days, regarding:

- The feasibility of an amendment to the Facilities Services Division Strategic Execution Plan to allocate funding within existing bond dollars to ensure that, when dollars are spent at a new or expanding co-located charter school(s), equitable funding is also directed to the co-located District school(s);
- The feasibility of implementing a policy whereby, when dollars spent for a new or expanding co-located charter school(s) on technology, District bond funds currently available for technology improvements or enhancements, including the 1:1 technology program, are prioritized to be spent at the co-located District school to ensure parity with the technology available to students at each school across the campus; and
- The possibility and prospects for new funding for facilities improvements at District schools sharing a school site with co-located charter schools.

## Resolutions Requested by the Superintendent

38. Reappointment of Member to the School Construction Bond Citizens' Oversight Committee (Sup Res 011-18/19)                                  **ADOPTED BY CONSENT VOTE**

Resolved, That the Governing Board of the Los Angeles Unified School District ratifies the reappointment of Ms. Araceli Sandoval-Gonzalez, and Ms. Celia Ayala as an alternate, representing the Early Childhood Alliance, which includes partnerships with Advancement Project, InnerCity Struggle, and the California Community Foundation, as Member to the School Construction Bond Citizens' Oversight Committee for a two-year term commencing June 14, 2019, and determines that Ms. Sandoval-Gonzalez and Ms. Ayala are not employees, officials, vendors, contractors, or consultants of the District.

39. Reappointment of Member to the School Construction Bond Citizens' Oversight Committee (Sup Res 012-18/19)                                  **ADOPTED BY CONSENT VOTE**

Resolved, That the Governing Board of the Los Angeles Unified School District ratifies the reappointment of Ms. Karen Krygier, representing the City of Los Angeles Controller's Office, as Member to the School Construction Bond Oversight Committee for a two-year term commencing August 23, 2019 and determines that Ms. Krygier is not an employee, official, vendor, contractor, or consultant of the District.

40.   Reappointment of Member to the School Construction Bond Citizens' Oversight Committee (Sup Res 013-18/19)   **ADOPTED**

Resolved, That the Governing Board of the Los Angeles Unified School District ratifies the reappointment of Mr. Mike Keeley, representing the California Charter Schools Association, as Member to the School Construction Bond Oversight Committee for a two-year term commencing August 23, 2019, and determines that Mr. Keeley is not an employee, official, vendor, contractor, or consultant of the District.

41.   Reappointment of Member to the School Construction Bond Citizens' Oversight Committee (Sup Res 014-18/19)   **ADOPTED BY CONSENT VOTE**

Resolved, That the Governing Board of the Los Angeles Unified School District ratifies the reappointment of Dr. Bevin Ashenmiller, parent representative, as member to the School Construction Bond Citizens' Oversight Committee, for a two-year term commencing June 18, 2019, and determines that Dr. Ashenmiller is not an employee, official, vendor, contractor, or consultant of the District.

**Special Reports**

42.   Receipt of Fiscal Year 2017-18 Debt Report (039-18/19)

   **RECEIVED**

**Correspondence and Petitions**

43.   Report of Correspondence (ROC-012-18/19)   **ADOPTED BY CONSENT VOTE**

**Announcements**

44.   Motion to schedule a Regular Board meeting, including Closed Session items on June 25, 2019 at 10 a.m., an Annual Board meeting ~~in~~ on July 2, 2019 at 10 a.m., and a Regular Board meeting, including Closed Session items on July 2, 2019 at 10:30 a.m. (041-18/19)

   **ADOPTED AS AMENDED BY CONSENT VOTE**

**Public Comment** – Speakers to items not on the Order of Business for action will be heard no earlier than 4 p.m.

**Adjournment**

Please note that the Board of Education may consider at this meeting any item referred from a Board Meeting 5 calendar days prior to this meeting (Education Code 54954.2(b)(3)).  The Board of Education may also refer any item on this Order of Business for the consideration of a committee or meeting of the Board of Education, which meets on the Thursday immediately after this meeting.

Requests for disability related modifications or accommodations shall be made 24 hours prior to the meeting to the Board Secretariat in person or by calling (213) 241-7002.

Individuals wishing to speak at a Board meeting must sign up at the meeting.  There will be no sign ups in advance of the meeting. Speakers must sign up prior to the item being acted upon by the Board. Speakers should plan to arrive early as items with no speakers may be acted on at the beginning of the meeting.

If you or your organization is seeking to influence an agreement, policy, site selection or any other LAUSD decision, registration may be required under the District's Lobbying Disclosure Code.  Please visit http://ethics.lausd.net/ to determine if you need to register or call (213) 241-3330.

Materials related to an item on this Order of Business distributed to the Board of Education are available for public inspection at the Security Desk on the first floor of the Administrative Headquarters, and at:
http://laschoolboard.org/06-18-19RegBd

Items circulated after the initial distribution of materials are available for inspection at the Security Desk.