# EXHIBIT 14

**CM-110**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: Learning Rights Law Ctr. | FOR COURT USE ONLY |
|---|---|
| Patricia A. Van Dyke (SBN 160033); Janeen Steel (SBN 211401)<br>205 N. Broadway, Suite 808<br>Los Angeles, CA 90012<br>TELEPHONE NO.: 213-542-7290   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: patsy@learningrights.org<br>ATTORNEY FOR *(Name)*: Plaintiffs | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: 111 N. Hill Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF/PETITIONER: S. G., et al
DEFENDANT/RESPONDENT: City of Los Angeles

| CASE MANAGEMENT STATEMENT | CASE NUMBER: |
|---|---|
| *(Check one):* [✓] **UNLIMITED CASE**  [ ] **LIMITED CASE**<br>(Amount demanded exceeds $25,000)  (Amount demanded is $25,000 or less) | BS171903 |

A **CASE MANAGEMENT CONFERENCE** is scheduled as follows:
Date: April 10, 2018    Time: 8:45 a.m.    Dept.: 28    Div.:    Room:
Address of court *(if different from the address above)*:

[ ] Notice of Intent to Appear by Telephone, by *(name)*:

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one)*:
   a. [✓] This statement is submitted by party *(name)*: Plaintiffs
   b. [ ] This statement is submitted **jointly** by parties *(names)*:

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date)*: 12/18/2017
   b. [ ] The cross-complaint, if any, was filed on *(date)*:

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. [✓] All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
   b. [✓] The following parties named in the complaint or cross-complaint
      (1) [✓] have not been served *(specify names and explain why not)*:
          Writ served December 26, 2018. Summons not yet issued for complaint for dec. relief.
      (2) [✓] have been served but have not appeared and have not been dismissed *(specify names)*:
          RPI- Kobayashi and 3568 Motor LLC served with writ 1/11/18
      (3) [ ] have had a default entered against them *(specify names)*:
   c. [✓] The following additional parties may be added *(specify names, nature of involvement in case, and date by which they may be served)*:
      Guardian Ad Litems need to be appointed for Plaintiffs. Motion for appt. to be filed by 4/4/2018. Once GALS appointed summons can issue and all defendants will be served with Complaint for Dec. Relief.

4. **Description of case**
   a. Type of case in [✓] complaint  [ ] cross-complaint  *(Describe, including causes of action)*:
      CEQA writ; Complaint for Declaratory and Injunctive Relief

Form Adopted for Mandatory Use<br>
Judicial Council of California<br>
CM-110 [Rev. July 1, 2011]

**CASE MANAGEMENT STATEMENT**

Page 1 of 5<br>
Cal. Rules of Court,<br>
rules 3.720–3.730<br>
www.courts.ca.gov

| | CM-110 |
|---|---|
| PLAINTIFF/PETITIONER: S. G. , et al | CASE NUMBER: BS171903 |
| DEFENDANT/RESPONDENT: City of Los Angeles | |

4. b. Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

   Plaintiffs seek to halt temporarily the construction of a multi-story residential construction project that shares a property line with Palms Elementary School, until the completion of proper environmental and health and safety reviews. Plaintiffs include students who will be negatively impacted by excessive toxic dust and noise generated by the Project -scheduled to resume in June. Plaintiffs seek revocation of all permits.

   [✓] *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5. **Jury or nonjury trial**
   The party or parties request [ ] a jury trial [✓] a nonjury trial. *(If more than one party, provide the name of each party requesting a jury trial):*

6. **Trial date**
   a. [ ] The trial has been set for *(date):*
   b. [✓] No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*
   c. Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7. **Estimated length of trial**
   The party or parties estimate that the trial will take *(check one):*
   a. [✓] days *(specify number):* 1-2
   b. [ ] hours (short causes) *(specify):*

8. **Trial representation** *(to be answered for each party)*
   The party or parties will be represented at trial [✓] by the attorney or party listed in the caption [✓] by the following:
   a. Attorney: Olu Orange
   b. Firm: Orange Law Offices, P.C
   c. Address: 3425 Wilshire Boulevard, Suite 2910
   d. Telephone number: 213-736-9900
   e. E-mail address: orangelawoffices@att.net
   f. Fax number: 213-417-8800
   g. Party represented: Plaintiffs
   [✓] Additional representation is described in Attachment 8.

9. **Preference**
   [✓] This case is entitled to preference *(specify code section):* California Civil Code Section 1062.3(a)

10. **Alternative dispute resolution (ADR)**
    a. **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 for information about the processes available through the court and community programs in this case.
       (1) For parties represented by counsel: Counsel [✓] has [ ] has not provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.
       (2) For self-represented parties: Party [ ] has [ ] has not reviewed the ADR information package identified in rule 3.221.
    b. **Referral to judicial arbitration or civil action mediation** (if available).
       (1) [ ] This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.
       (2) [ ] Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.
       (3) [ ] This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*

CM-110

| PLAINTIFF/PETITIONER: S. G., et al | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: City of Los Angeles | BS171903 |

10. c. Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in *(check all that apply and provide the specified information)*:

| | The party or parties completing this form **are willing** to participate in the following ADR processes *(check all that apply)*: | If the party or parties completing this form in the case **have agreed** to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation)*: |
|---|---|---|
| (1) Mediation | ☑ | ☑ Mediation session not yet scheduled<br>☐ Mediation session scheduled for *(date)*:<br>☐ Agreed to complete mediation by *(date)*:<br>☐ Mediation completed on *(date)*: |
| (2) Settlement conference | ☑ | ☑ Settlement conference not yet scheduled<br>☐ Settlement conference scheduled for *(date)*:<br>☐ Agreed to complete settlement conference by *(date)*:<br>☐ Settlement conference completed on *(date)*: |
| (3) Neutral evaluation | ☐ | ☐ Neutral evaluation not yet scheduled<br>☐ Neutral evaluation scheduled for *(date)*:<br>☐ Agreed to complete neutral evaluation by *(date)*:<br>☐ Neutral evaluation completed on *(date)*: |
| (4) Nonbinding judicial arbitration | ☐ | ☐ Judicial arbitration not yet scheduled<br>☐ Judicial arbitration scheduled for *(date)*:<br>☐ Agreed to complete judicial arbitration by *(date)*:<br>☐ Judicial arbitration completed on *(date)*: |
| (5) Binding private arbitration | ☐ | ☐ Private arbitration not yet scheduled<br>☐ Private arbitration scheduled for *(date)*:<br>☐ Agreed to complete private arbitration by *(date)*:<br>☐ Private arbitration completed on *(date)*: |
| (6) Other *(specify)*: | ☐ | ☐ ADR session not yet scheduled<br>☐ ADR session scheduled for *(date)*:<br>☐ Agreed to complete ADR session by *(date)*:<br>☐ ADR completed on *(date)*: |

| | | |
|---|---|---|
| PLAINTIFF/PETITIONER: | S. G. , et al | **CM-110** |
| DEFENDANT/RESPONDENT: | City of Los Angeles | CASE NUMBER: BS171903 |

### 11. Insurance
  a. ☐ Insurance carrier, if any, for party filing this statement *(name):*
  b. Reservation of rights: ☐ Yes ☐ No
  c. ☐ Coverage issues will significantly affect resolution of this case *(explain):*

### 12. Jurisdiction
Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.
  ☐ Bankruptcy ☑ Other *(specify):* City purportedly accepted an appeal pursuant to LAMC Sec. 16.05.H
  Status: The time to decide the appeal (75 days) has passed. LAMC Sec. 16.05.H.3

### 13. Related cases, consolidation, and coordination
  a. ☐ There are companion, underlying, or related cases.
      (1) Name of case:
      (2) Name of court:
      (3) Case number:
      (4) Status:
    ☐ Additional cases are described in Attachment 13a.
  b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party):*

### 14. Bifurcation
  ☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

### 15. Other motions
  ☐ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*

### 16. Discovery
  a. ☐ The party or parties have completed all discovery.
  b. ☐ The following discovery will be completed by the date specified *(describe all anticipated discovery):*

| Party | Description | Date |
|---|---|---|
| | | |

  c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify):*

| | | CM-110 |
|---|---|---|
| PLAINTIFF/PETITIONER: S. G. , et al | | CASE NUMBER: |
| DEFENDANT/RESPONDENT: City of Los Angeles | | BS171903 |

17. **Economic litigation**

a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.

b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

18. **Other issues**

☑ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

City has not prepared the record, based on the alleged administrative appeal. Because that appeal is moot, the time having expired for City to hear the appeal, City should be ordered to prepare the record immediately so that this matter may be set for hearing. The Parties have already agreed to the procedures for designating and producing the record electronically.

19. **Meet and confer**

a. ☑ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*

b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

20. Total number of pages attached *(if any):* ___1___

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: April 2, 2018

Patricia A. Van Dyke
(TYPE OR PRINT NAME)        (SIGNATURE OF PARTY OR ATTORNEY)

▶

(TYPE OR PRINT NAME)        (SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.

| | MC-025 |
|---|---|
| SHORT TITLE: SG v. City of LA | CASE NUMBER: BS171903 |

**ATTACHMENT** *(Number):* 4b; 8

*(This Attachment may be used with any Judicial Council form.)*

Attachment 4 b. (cont.)

Plaintiffs claim City improperly granted a CEQA exemption for the Project. Plaintiffs ask the Court to order an environmental review including preparation of an Environmental Impact Report ("EIR") and a complete health assessment. Defendants must provide Plaintiffs with an opportunity to review and comment, and to request a hearing if necessary.


Attachment 8

Additional Counsel:

Shawna Parks (SBN-208301)
Law Office of Shawna L. Parks
4470 W. Sunset Blvd., Ste. 107-347
Los Angeles, CA 90027
Phone/Fax: 323-389-9239
sparks@parks-law-office.com

Thomas P. Zito (SBN-304629)
Sean Betouliere (SBN-308645)
Disability Rights Advocates
2001 Center St., 4th Floor
Berkeley, CA 94704
510-665-8644
tzito@dralegal.org
sbetouliere@dralegal.org

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 6 of 6

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

POS-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Patricia Van Dyke (SBN 160033); Janeen Steel ( SBN 211401) <br> LEARNING RIGHTS LAW CENTER <br> 205 S.Broadway, Suite 808, Los Angeles, CA 90012 <br> TELEPHONE NO.: 213-542-7290  FAX NO. (Optional): 213-489-4033 <br> E-MAIL ADDRESS (Optional): patsy@learningrights.org <br> ATTORNEY FOR (Name): Plaintiffs | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles , CA 90012
BRANCH NAME: Stanley Mosk Courthouse

PETITIONER/PLAINTIFF: S.G., et al.

RESPONDENT/DEFENDANT: City of Los Angeles

| PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL | CASE NUMBER: BS171903 |
|---|---|

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action.** I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   205 S. Broadway Suite 808, Los Angeles, CA 90012

3. On (date): 4/2/2018    I mailed from (city and state): Los Angeles
   the following **documents** (specify):

   Case Management Statement

   [ ] The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and (check one):
   a. [ ] **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. [✓] **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name** of person served: Rory Miller, Esq.
   b. **Address** of person served:
      Rory Miller, Esq.
      GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO, LLP
      10250 Constellation Blvd., 19th Floor, Los Angeles, CA 90067

   [✓] The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 4/2/2018

Melissa Roa

(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)    ▶ (SIGNATURE OF PERSON COMPLETING THIS FORM)

| Form Approved for Optional Use <br> Judicial Council of California <br> POS-030 [New January 1, 2005] | **PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL** <br> **(Proof of Service)** | Code of Civil Procedure, §§ 1013, 1013a <br> *www.courtinfo.ca.gov* |

POS-030(P)

| SHORT TITLE: S.G. et al., vs. City of Los Angeles, et al. | CASE NUMBER: BS171903 |
|---|---|

## ATTACHMENT TO PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL (PERSONS SERVED)

*(This Attachment is for use with form POS-030)*

**NAME AND ADDRESS OF EACH PERSON SERVED BY MAIL:**

| Name of Person Served | Address (number, street, city, and zip code) |
|---|---|
| Jenny Riggs, Esq. Meyers Nave | 707 Wilshire Blvd., Ste 2400 Los Angeles, CA 90017 |
| Michael N. Feuer, City Attorney | 200 North Main Street, Room 675 Los Angeles, CA 90012 |

Form Approved for Optional Use
Judicial Council of California
POS-030(P) [New January 1, 2005]

**ATTACHMENT TO PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL (PERSONS SERVED) (Proof of Service)**

Page 1 of 1