UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.G. et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>City of Los Angeles, et al.,<br><br>        Defendants. | No. 2:17-cv-09003-JAK (MRWx)<br><br>**JUDGMENT AS TO DEFENDANTS 3568 MOTOR, LLC AND HIRO KOBAYASHI REGARDING PLAINTIFFS' ATTORNEY'S FEES AND COSTS**<br><br>**JS-6: CASE CLOSED** |

Based on (1) the Magistrate Judge's Orders Granting in Part Plaintiffs' Motion for Reasonable Attorney's Fees and Costs, and (2) this Court's Orders Granting in Part and Denying in Part Developer Defendants' Motion for Review of the Magistrate Judge's Orders Awarding Plaintiffs' Attorney's Fees and Costs, and Granting in Part and Denying in Part Plaintiffs' Motion to Apply 2023 Rates to Magistrate Judge's Order Granting Reasonable Attorneys' Fees and Costs, and for the reasons stated those Orders, it is hereby ordered, judged and decreed that Judgment is entered in favor of Plaintiffs and against Defendants 3568 Motor, LLC and Hiro Kobayashi. Plaintiffs shall recover attorney's fees and costs from Defendants 3568 Motor, LLC and Hiro Kobayashi as follows:

| Firm | Attorneys' Fees Awarded | Costs Awarded | Total Amount of Fees and Costs Awarded |
|---|---|---|---|
| Orange Law Offices | $543,914.27 | $5,694.47 | $549,608.74 |
| Learning Rights Law Center | $56,523.62 | $2,185.35 | $58,708.97 |
| Law Office of Shawna L. Parks | $189,224.13 | $446.63 | $189,670.76 |
| Disability Rights Advocates | $567,852.85 | $27,507.17 | $595,360.02 |
| Total Judgment | $1,357,514.87 | $35,833.62 | $1,393,348.49 |

Such fees and costs shall be paid by these Defendants to each of these firms, in the manner directed by each firm, with such direction to be provided by each firm within 10 days of the entry of this Judgment, and with the payments to be made no later than sixty days from the date of entry of this judgment. If not paid

///

within 60 days after entry of this judgment, interest shall accrue in accordance with

28 U.S.C. § 1961.

**IT IS SO ORDERED.**

Dated: December 19, 2024

By: _____
John A. Kronstadt
United States District Judge